UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Anna Niewodniczanska et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mount Snow, Ltd., <br><br> Defendant. | Civil Action No. 2:22–cv–193 |

## ORDER

On or before December 9, 2022, Plaintiffs shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 30th day of November 2022.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge